|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

NICETTE BALUKJIAN, ET AL.,

    Plaintiffs,

    v.

VIRGIN AMERICA, INC., et al.,

    Defendants.

Case No. 18-cv-00185-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 24, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 14, 2018.

DESIGNATION OF EXPERTS: 9/28/18; REBUTTAL: 10/9/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 31, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 9, 2018;
    Opp. Due: November 26, 2018; Reply Due: December 3, 2018;
    and set for hearing no later than December 14, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 19, 2019 at 3:30 PM.

JURY TRIAL DATE: March 4, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation in September 2018

1 The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 4/30/18

SUSAN ILLSTON
United States District Judge