Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICETTE BALUKJIAN individually and as successor in interest to the ESTATE OF ROMULO C. VALDEZ, ROMELYN WOODRUFF, ROMULO "ROMY" VALDEZ, JR., and DWIGHT "IKE" VALDEZ,<br><br>        Plaintiffs,<br><br>        vs.<br><br>VIRGIN AMERICA, INC., ALASKA AIRLINES, INC., and DOES 1 to 20, inclusive,<br><br>        Defendants | **CASE NO.:** 3:18-CV-00185-SI<br><br>**REQUEST FOR DISMISSAL &**<br>**[~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>Courtroom:    1<br>Judge:          Hon. Susan Illston |

Bracamontes & Vlasak
A Professional Law Corporation
www.bvlawsf.com

_____
*Balukjian, et al. v. Virgin America, et al. – Request for Dismissal & [Proposed] Order of Dismissal*

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs Nicette Balukjian, individually and as successor in interest to the Estate of Romulo C. Valdez, Romelyn Woodruff, Romolu "Romy" Valdez, Jr., and Dwight "Ike" Valdez (collectively "Plaintiffs") and Defendants Virgin America, Inc. and Alaska Airlines, Inc. (collectively "Defendants"), by and through their respective Counsel of record, have reached a settlement agreement in the instant matter and hereby stipulate for dismissal of this entire action of all parties and all causes of action, with prejudice.

**IT IS SO STIPULATED AND AGREED.**


DATED: January 3, 2019                   _/s/ Michael Bracamontes_____
                                         Michael Bracamontes, Esq. [1]
                                         Bracamontes & Vlasak, PC
                                         Attorneys for Plaintiffs


DATED: January 3, 2019                   _/s/ Arthur I. Willner_____
                                         Arthur I. Willner, Esq.
                                         LEADER BERKON COLAO &
                                         SILVERSTEIN, LLP
                                         Attorneys for Defendants


**[PROPOSED] ORDER**

Good Cause appearing and pursuant to the Parties' Stipulation and request, it is hereby ordered that the instant matter is dismissed in its entirety, with prejudice.


**IT IS SO ORDERED.**


DATED: 1/4/19

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

---

[1] As the filer of this Request for Dismissal & [Proposed] Order for Dismissal, I, Michael R. Bracamontes attest that Arthur I. Willner concurs in the content of said Request and has authorized its filing.

*Balukjian, et al. v. Virgin America, et al. – Request for Dismissal & [Proposed] Order of Dismissal*

Bracamontes & Vlasak
A Professional Law Corporation
www.bvlawsf.com